In the Matter of the Claim of ELIZABETH P. BELL, Respondent, against WEST ISLAND CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, upon the ground that the decedent met his death while operating a boat in navigable waters; that the employment was subject to admiralty control and regulation. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of OLA A. NICKERSON, Respondent, against WILLIAM H. RISLEY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of INAH RARIG, Respondent, against LEONARD WAREHOUSE OF BUFFALO, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no competent evidence to sustain the finding that the deceased strained himself " while lifting a heavy piece of furniture into a van " or while doing any lifting whatsoever. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., not voting.

In the Matter of the Claim of FRANK F. SMITH, Respondent, against C. LEWIS LAVINE, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., not voting.

In the Matter of the Claim of CELIA FRIEDMAN, Respondent, against APT NOVELTY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANGELO ARGDPLANE, Respondent, against MADDOX TABLE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the employer and the insurance carrier. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of AGNES CHALOUX, Respondent, against ROYAL KNITTING Co., INC., and Another, Appellants, STATE INDUSTRIAL BOARD, Respondent.*— Award reversed and claim dismissed, with costs against the State Industrial Board on the authority of Matter of Aierlo v. Haft (247 N. Y. 602). Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents and votes for affirmance.

In the Matter of the Claim of LEO H. SMITH, Respondent, against WARREN NASH MOTOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that the employer could have given no medical assistance which would have remedied the condition of claimant's eye; and, therefore, the Board was not warranted in excusing failure to give written notice on the ground of lack of prejudice based upon such a premise. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

* Affd., 256 N. Y. ——.